IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA KING | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.   CCB-20-2908 |
| | * | |
| MEDSTAR HEALTH, INC., et al. | | |
| Defendants | * | |

******

**ORDER**

Plaintiff having failed to show good cause as to why service of the summons and complaint has not been made upon MedStar Health, Inc. and Franklin Square Hospital Center, Inc. within 90 days of the filing of the complaint as required by the prior order of this court, it is, this __10th__ day of __March__, 20\_21\_,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

/S/
_____
Catherine C. Blake
United States District Judge